No. 02–9054.  KAFELE *v.* KARNES ET AL.  Sup. Ct. Ohio.  Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 12, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–1427.  IN RE ONAPOLIS ET UX.;
No. 02–9051.  IN RE COOPER;
No. 02–9616.  IN RE PHELPS; and
No. 02–9845.  IN RE CALLAHAN.  Petitions for writs of habeas corpus denied.

No. 02–8786.  IN RE RODRIGUEZ; and
No. 02–9114.  IN RE WARDELL.  Petitions for writs of mandamus denied.

No. 02–1329.  IN RE BLYDEN; and
No. 02–9023.  IN RE SCRUGGS.  Petitions for writs of mandamus and/or prohibition denied.

No. 02–1019.  ARIZONA *v.* GANT.  Ct. App. Ariz.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 02–1183.  UNITED STATES *v.* PATANE.  C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 02–1080.  GENERAL DYNAMICS LAND SYSTEMS, INC. *v.* CLINE ET AL.  C. A. 6th Cir.  Motions of Equal Employment Advisory Council et al. and Central States, Southeast and Southwest Areas Health and Welfare Fund for leave to file briefs as *amici curiae* granted.  Certiorari granted.